# U.S. BANKRUPTCY COURT
## District of South Carolina

Case Number: **10-02231-hb**

## ORDER ON MOTION TO SELL FREE AND CLEAR OF LIENS

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby ORDERED.

**FILED BY THE COURT**
**06/08/2011**



Entered: 06/09/2011

US Bankruptcy Judge
District of South Carolina

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| IN RE: | Case No. 10-2231 |
|---|---|
| Richard Wayne Baggett and Tracy Agnes Alexander-Baggett | Chapter 13 |
| Debtors. | |

## ORDER AUTHORIZING SALE OF ASSET

This proceeding comes before the court on the application of the debtors, Richard Wayne Baggett and Tracy Agnes Alexander-Baggett for authority to sell free and clear of liens the estate's interest in a 2004 Chevrolet Malibu, VIN 1G1ZT54844F160759.  Said vehicle has been wrecked and declared a total loss.

The court has been informed that all parties in interest have been notified of the intention to sell said property, and that no objection to the proposed sale has been received or filed by any party in the office of the clerk of this court.  The debtor has represented to the court such sale is in the best interest of creditor of the estate.  The debtor has also informed the court that liens claimed by Car Max against said property should be paid upon the sale of said property.  It is therefore,

ORDERED, ADJUDGED, AND DECREEDD, that the debtor is authorized to sell and to convey the estate's interest in the above-described property, and that the remaining secured claim of Car Max as set forth in the confirmed Chapter 13 Plan, if any, shall be paid upon the sale of said property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the automatic 10-day stay provided by Fed.R.Bankr.P. 6004(g) does not apply to this sale.

THE APPLICANT:

Däna Wilkinson
District Court I.D. #4663
365-C East Blackstock Road
Spartanburg, SC 29301
864/574-7944
court@danawilkinsonlaw.com
Attorney for Debtor